UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FORDHAM FINANCIAL
SERVICES, INC.,

    Plaintiff,

vs.

VENTRAMEX S.A. DE C.V.,

    Defendant.

Case No. 3:13-cv-271

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #27), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on April 23, 2015 (Doc. #27) is **ADOPTED** in full;

2. Defendant's motion to dismiss (doc. #18) is **GRANTED**; and

3. This case is terminated on the docket of this Court.

Date: 5-12-15

Walter H. Rice
United States District Judge